FILED
2016 MAY 10 PM 12:18

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2016 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>DONALD JOSEPH LEONARD,<br>　aka "Gomeat69,"<br><br>　　　　Defendant. | CR No. 16- **CR16-0326**<br><br>I N D I C T M E N T<br><br>[18 U.S.C. §§ 2251(d)(1)(A), (e):<br>Advertisement of Child<br>Pornography; 18 U.S.C.<br>§§ 2252A(a)(2)(A), (b)(1):<br>Distribution of Child Pornography;<br>18 U.S.C. §§ 2252A(a)(5)(B),<br>(b)(2): Possession of Child<br>Pornography] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 2251(d)(1)(A), (e)]

On or about July 23, 2012, in Los Angeles County, within the Central District of California, and elsewhere, defendant DONALD JOSEPH LEONARD, also known as "Gomeat69," knowingly made, printed, and published, and caused to be made, printed, and published, a notice and advertisement seeking and offering to receive, exchange, buy, produce, display, distribute, and reproduce any visual depiction whose production involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section

1  2256(2)(A), and which visual depiction was of such conduct, knowing
2  and having reason to know that such notice and advertisement would be
3  and was transported using any means and facility of interstate and
4  foreign commerce, and in and affecting interstate and foreign
5  commerce by any means, including by computer.

COUNT TWO

[18 U.S.C. §§ 2252A(a)(2)(A), (b)(1)]

On or about July 23, 2012, in Los Angeles County, within the Central District of California, and elsewhere, defendant DONALD JOSEPH LEONARD, also known as "Gomeat69" ("LEONARD"), knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, and using any means and facility of interstate and foreign commerce, had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

The images of child pornography distributed by defendant LEONARD included at least one of the following:

1. BOYFUCK - black boy getting fucked hard.avi;
2. daddy fucks hard and cums in 2yo son.wmv; and
3. fun.wmv.

3

1 | COUNT THREE
2 | [18 U.S.C. §§ 2252A(a)(2)(A), (b)(1)]

3 On or about September 24, 2012, in Los Angeles County, within the Central District of California, and elsewhere, defendant DONALD JOSEPH LEONARD, also known as "Gomeat69" ("LEONARD"), knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, and using any means and facility of interstate and foreign commerce, had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

The images of child pornography distributed by defendant LEONARD included at least one of the following:

1. !         703[1].jpg; and
2.    -2.jpg.

|   |   |
|---|---|
| 1 | COUNT FOUR |
| 2 | [18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)] |

3   On or about October 4, 2012, in Los Angeles County, within the
4  Central District of California, defendant DONALD JOSEPH LEONARD, also
5  known as "Gomeat69" ("LEONARD"), knowingly possessed an Apple MacBook
6  Pro laptop computer, bearing serial number 7302002G66D, which
7  contained at least one image of child pornography, as defined in
8  Title 18, United States Code, Section 2256(8)(A), that had been
9  mailed, and shipped and transported using any means and facility of
10 interstate and foreign commerce and in and affecting interstate and
11 foreign commerce by any means, including by computer, knowing that
12 the images were child pornography.

13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1       The images of child pornography possessed by defendant LEONARD included at least one of the following:

    1.   ! New - Tommy UK Best Man Boy Bondage Sex.avi;

    2.   ! [MB] Can man cum in mouth of drugged 6yo after fucking him xvid.avi; and

    3.   14yo boy raped deep fuck - af2.avi.

                                A TRUE BILL

                                /S/
                              Foreperson

EILEEN M. DECKER
United States Attorney

*[signature]*

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

JUSTIN R. RHOADES
Assistant United States Attorney
Chief, Violent & Organized Crime Section

KAREN I. MEYER
Assistant United States Attorney
Acting Deputy Chief,
Violent & Organized Crime Section

MAX B. SHINER
Assistant United States Attorney
Violent & Organized Crime Section